**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAMAR MOORE** **PLAINTIFF**
**ADC #146618**

**V.** **NO. 4:26-cv-00498-ERE**

**SILAKHONE DOUANGKESONE, *et al.*** **DEFENDANTS**

**ORDER**

*Pro se* plaintiff Lamar Moore has filed a motion requesting: (1) additional time to complete discovery; and (2) a Court Order compelling Defendants to respond to his unidentified discovery requests. *Doc. 21*. For the following reasons, Mr. Moore's motion is denied.

Discovery in this matter closed on October 2, 2026. *Doc. 12*. On November 2, 2026, Defendants filed their motion for summary judgment on the merits of Mr. Moore's claims. *Doc. 17.* Mr. Moore currently has until November 23, 2026, to respond to Defendants' motion. *Doc. 20*. Prior to yesterday's filing, Mr. Moore failed to notify the Court of the Defendants' failure to provide him any specific, requested discovery. Based on the current record, Mr. Moore has not established good cause to reopen discovery, and it would arguably be prejudicial to Defendants to do so.

IT IS THEREFORE ORDERED THAT:

1. Mr. Moore's motion for extension of time to complete discovery and his motion to compel discovery (*Doc. 21*) is DENIED.

2. The Clerk is instructed to provide Mr. Moore copies of Defendants' motion for summary judgment, brief in support, and statements of facts. *Docs. 17, 18, 19*.

3. After reviewing those documents, including the attached medical records, if Mr. Moore needs additional time to respond to Defendants' motion for summary judgment, he may file a motion for an extension of time.

SO ORDERED 10 November 2026.

UNITED STATES MAGISTRATE JUDGE